1
2
3
4
5                        **UNITED STATES DISTRICT COURT**

6                             **DISTRICT OF NEVADA**

7  MARY WEST,                                  )
                                               )
8            Plaintiff,                         )
                                               )  Case No. 2:15-cv-00665-GMN-VCF
9       v.                                      )
                                               )
10  DR. ARANAS, et al.,                         )
                                               )        **ORDER**
11           Defendants.                        )
                                               )
12  _____          )

13
14        Travis N. Barrick has submitted an Application for Leave to Appear for the Limited

   Purpose to Participate in settlement discussions on behalf of Plaintiff.  (ECF No. 13).
15
          The Court will GRANT Mr. Barrick leave to participate for the purpose of settlement
16
   discussions only.  In the event settlement is not obtained by the close of the 90-day stay or the
17
   Early Inmate Mediation Program (if so Ordered by the Court), Mr. Barrick will file either a
18
   Notice of Appearance or a Notice of Withdrawal within 30 days.
19
20
21
          DATED: This 2nd day of June, 2016.
22
23
24                                          _____
                                            United States Magistrate Judge
25
26
27
28