# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY WEST,

    Plaintiff,

  v.

DR. ARANAS, *et al.*,

    Defendants.

Case No.  2:15-cv-00665-GMN-VCF

**ORDER**

## I.   DISCUSSION

On April 12, 2016, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator. (ECF No. 11). On July 11, 2016, Defendants filed a motion to extend the stay for settlement purposes and request for early mediation conference. (ECF No. 16, 18). Defendants seek to extend the stay, and file their status report, until five days after completion of the Early Mediation Conference because the Early Mediation Conference has not yet been set.  (*Id.* at 1-2).

The Court grants the motion for an extension of the stay and for early mediation conference.  The stay is extended to five days after completion of the Early Mediation Conference.

///

///

///

///

///

///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to extend the stay and for early mediation conference (ECF No. 16, 18) is granted. The stay is extended, and the status report is due, to five days after the conclusion of the Early Mediation Conference. An order setting the Early Mediation Conference will be forthcoming.

DATED: This  13th  day of July, 2016.

_____
United States Magistrate Judge