ADAM PAUL LAXALT
  Nevada Attorney General
MATTHEW P. FEELEY (Bar No. 13336)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3120
Facsimile: (702) 486-3773
E-Mail: mfeeley@ag.nv.gov

*Attorneys for Defendants
Dr. Romeo Aranas, Yolanda Campbell,
Beebe Clark, Bob Faulkner, Jo Gentry,
Dr. Sanchez, and Dr. Richard Wulff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY WEST,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. ARANAS, et al.,<br><br>    Defendants. | CASE NO. 2:15-cv-00665-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME (DEFENDANTS' 1ST REQUEST)** |

      Defendants, Dr. Romeo Aranas, Yolanda Campbell, Beebe Clark, Bob Faulkner, Jo Gentry, Dr. Sanchez, and Dr. Richard Wulff, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Matthew Feeley, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and the Plaintiff, Mary West, through her attorney of record, Travis N. Barrick, Esq., of the law firm Gallian Welker & Beckstrom, LC, hereby stipulate to an extension of time (14 days) for Defendants to file a response to Plaintiff's

/ / /

/ / /

/ / /

/ / /

Third Amended Civil Rights Complaint pursuant to 42 U.S.C. §1983, currently due on April 27, 2018. The new proposed deadline would be May 11, 2018.

Dated this 30th day of April, 2018.

By: /s/ *Travis N. Barrick* (w/ consent)
Travis N. Barrick, Esq. (Bar No. 9257)
GALLIAN WELKER
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

Dated this 30th day of April, 2018.

By: /s/ *Matthew Feeley*
Matthew Feeley (Bar No. 13336)
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, #3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated this 30th day of April, 2018.

_____
Cam Ferenbach
United States Magistrate Judge